John Gomez, Esq. (SBN: 171485)
Brian R. Mason, Esq. (SBN: 257420)
N. Jessica Lujan, Esq. (SBN: 312394)
Lara Deitz, Esq. (SBN: 328302)
**GOMEZ TRIAL ATTORNEYS**
755 Front Street
San Diego, California 92101
Tel: (619) 237-3490 / Fax: (619) 237-3496
E-Service: *teammason@thegomezfirm.com*

David K. Demergian, Esq. (SBN: 95008)
DEMERGIAN LAW
501 West Broadway, Suite 800
San Diego, Ca.  92101

Attorneys for Plaintiff CECILIA BACH

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA BACH, individually and as Successor in Interest to the ESTATE OF KEITH BACH,<br><br>    Plaintiff,<br><br>  vs.<br><br>COUNTY OF SAN DIEGO, CITY OF CHULA VISTA, KELLY A. MARTINEZ, in her individual capacity, RICH WILLIAMS, in his individual capacity; NAPHCARE, INC.; DR. JON MONTGOMERY, D.O; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.: 24-cv-01687-W-BJC<br><br>District Judge:  Hon. Thomas J. Whelan<br>Magistrate Judge: Benjamine J. Cheeks<br><br>**DECLARATION OF CECILIA BACH AS SUCCESSOR-IN-INTEREST TO DECEDENT KEITH BACH**<br><br>Action Filed:  September 20, 2024<br>Trial Date:   None Set |

///

///

I, CECILIA BACH, in accordance with the provisions of section 377.32 of the California Code of Civil Procedure, state and declare as follows:

1. The Decedent is KEITH BACH ("Decedent").

2. The Decedent died on September 28, 2023, in San Diego, California.

3. No proceeding is now pending in California for administration of Decedent's estate.

4. Decedent and I were married at the time of his death.

5. This declarant, as the surviving spouse of Decedent, is the Decedent's successor-in-interest as defined in California Code of Civil Procedure section 377.11 and succeeds to the Decedent's interest in the action or proceeding.

6. No other person has superior right to commence the action or proceeding or to be substituted for the Decedent in the pending action or proceeding.

7. Attached hereto as **Exhibit A** is a true and correct copy of Decedent's death certificate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 12/5/2024

*Cecilia Bach*
CECILIA BACH

# EXHIBIT A

# COUNTY OF SAN DIEGO

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

3202337018283

STATE FILE NUMBER    LOCAL REGISTRATION NUMBER

USE BLACK INK ONLY / DO NOT ALTER, WHITEOUTS OR ALTERATIONS

## DECEDENT'S PERSONAL DATA

| 1. NAME OF DECEDENT - FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| KEITH | GALEN | BACH |

AKA, ALSO KNOWN AS - Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | IF UNDER ONE YEAR | IF UNDER 24 HOURS | 6. SEX |
|---|---|---|---|---|
| 04/21/1960 | 63 | Months / Days | Hours / Min | M |

| 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR 24 Hours |
|---|---|
| 09/28/2023 | 0409 |

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS (SPECIFY) At Time of Death |
|---|---|---|---|
| MN | 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 | YES [X]  NO | MARRIED |

| 15. EDUCATION - Highest Level/Degree | 16. DECEDENT OF HISPANIC/LATINO(A) ORIGIN? If yes, use worksheet on back | 17. DECEDENT'S RACE - Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| BACHELOR | YES [X] NO | CAUCASIAN |

| 18. USUAL OCCUPATION - Type of job for most of life. DO NOT USE RETIRED | 19. KIND OF BUSINESS OR INDUSTRY (e.g. grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| HVAC ENGINEER | FEDERAL GOVERNMENT | 29 |

## USUAL RESIDENCE

| 20. DECEDENT'S RESIDENCE (street and number, or location) |
|---|
| 374 QUINTARD STREET |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| CHULA VISTA | SAN DIEGO | 33 | | CA |

## INFORMANT

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) |
|---|---|
| CECELIA BACH, SPOUSE | 374 QUINTARD STREET, CHULA VISTA, CA 91911 |

## SPOUSE/SRDP AND PARENT INFORMATION

| 28. NAME OF SURVIVING SPOUSE/SRDP - FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
| CECELIA | | GOMEZ |

| 31. NAME OF FATHER/PARENT - FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| LEO | BERNARD | BACH | WI |

| 35. NAME OF MOTHER/PARENT - FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| GRACE | ELINORE | MCBROOM | MT |

## FUNERAL DIRECTOR/LOCAL REGISTRAR

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 10/11/2023 | RESIDENCE OF CECELIA BACH, 374 QUINTARD STREET, CHULA VISTA, CA 91911 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| CREMATE/RESIDENCE | NOT EMBALMED | |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| GLEN ABBEY MEMORIAL PARK AND MORTUARY | FD1371 | WILMA WOOTEN MD | 10/09/2023 |

## PLACE OF DEATH

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| JAIL | IP  ER/OP  DOA | Hospice  Nursing Home/LTC  Decedent's Home  [X] Other |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location) | 106. CITY |
|---|---|---|
| SAN DIEGO | 1173 FRONT STREET | SAN DIEGO |

## CAUSE OF DEATH

| 107. CAUSE OF DEATH | | 108. DEATH REPORTED TO CORONER? |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. PENDING | [X] YES  NO |
| Sequentially list conditions, if any, leading to cause on line a. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. | 23-03146 |
| | c. | 109. BIOPSY PERFORMED? YES [X] NO |
| | d. | 110. AUTOPSY PERFORMED? [X] YES  NO |
| | | 111. USED IN DETERMINING CAUSE? [X] YES  NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|

## PHYSICIAN'S CERTIFICATION

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date) | 113A. DEATH OCCUR DUE TO DATE LAST SEEN? |
|---|---|
| UNK | YES [X] NO  UNK |

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since / Decedent Last Seen Alive | | | |

| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE |
|---|

## CORONER'S USE ONLY

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR 24 Hours |
|---|---|---|---|
| MANNER OF DEATH: Natural  Accident  Homicide  Suicide [X]  Pending Investigation  Could not be Determined | YES  NO  UNK | | |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|

| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) |
|---|

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| MELANIE ESTRELLA | 09/29/2023 | MELANIE ESTRELLA, DME |

## STATE REGISTRAR

| A | B | C | D | E | FAC-NATL# | CENSUS TRACT |
|---|---|---|---|---|---|---|

County of San Diego - Health & Human Services Agency — 5560 Overland Avenue. This is to certify that, if bearing the **OFFICIAL SEAL OF THE**