

John Gomez, Esq. (SBN: 171485)
Brian R. Mason, Esq. (SBN: 257420)
N. Jessica Lujan, Esq. (SBN: 312394)
Lara Deitz, Esq. (SBN: 328302)
**GOMEZ TRIAL ATTORNEYS**
755 Front Street
San Diego, California 92101
Tel: (619) 237-3490 / Fax: (619) 237-3496
E-Service: *Teammason@thegomezfirm.com*

David K. Demergian, Esq. (SBN: 95008)
DEMERGIAN LAW
501 West Broadway, Suite 800
San Diego, Ca. 92101

Attorneys for Plaintiff CECILIA BACH

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECILIA BACH, individually and as Successor in Interest to the ESTATE OF KEITH BACH,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, CITY OF CHULA VISTA, KELLY A. MARTINEZ, in her individual capacity, RICH WILLIAMS, in his individual capacity; NAPHCARE, INC.; DR. JON MONTGOMERY, D.O; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 24-cv-01687-W-BJC<br><br>District Judge: Hon. Thomas J. Whelan<br>Magistrate Judge: Benjamin J. Cheeks<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT**<br><br>Action Filed: September 20, 2024<br>Trial Date: None Set |

///

///

Plaintiff, CECILIA BACH ("Plaintiff"), hereby withdraws Document No. 14 (Response in Opposition re Defendant Naphcare's Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint) from the Court's docket filed January 3, 2025. Plaintiff was notified by the Quality Control Clerk's Office of the U.S. District Court that there is a clerical error in the signature of the document. The document will be immediately re-filed with the proper signature.

Dated: 01/06/2025

**GOMEZ TRIAL ATTORNEYS**

By: *\/s/ Brian R. Mason, Esq.*
Brian R. Mason, Esq.
Attorneys for Plaintiff, CECILIA BACH