WILLIAM M. LOW (Bar No. 106669)
wlow@higgslaw.com
NICHOLAS R. SCHECHTER (Bar No. 279986)
schechtern@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone:   (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for SCRIPPS HEALTH

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA BACH, individually and as Successor in Interest to the ESTATE OF KEITH BACH,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, CITY OF CHULA VISTA, KELLY A. MARTINEZ, in her individual capacity, RICH WILLIAMS, in his individual capacity, NAPHCARE, INC.; DR. JON MONTGOMERY, D.O.; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. 3:24-cv-01687-W-DTF<br>Assigned to: Hon. Thomas J. Whelan<br>Magistrate Judge D. Thomas Ferraro<br><br>**SCRIPPS HEALTH'S ANSWER TO THIRD-PARTY COMPLAINT**<br><br>FILED DATE:      09/20/2024<br>TRIAL DATE:      Not Set |
| NAPHCARE, INC.,<br><br>    Third Party Plaintiff,<br><br>    v.<br><br>SCRIPPS HEALTH, a California nonprofit corporation; and CORRECTIONAL HEALTHCARE PARTNERS, INC., a California corporation,<br><br>    Third Party Defendants. | |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Third-Party Defendant Scripps Health ("Scripps Health") answers the Third-Party Complaint of Third-Party Plaintiff NaphCare, Inc. ("NaphCare").  If an averment is not specifically admitted, it is hereby denied.

## **INTRODUCTION**

1.    In response to Paragraph 1 of the Third-Party Complaint, Scripps Health admits that NaphCare brings this Third-Party Complaint against it and Correctional Healthcare Partners, Inc. (hereinafter "CHP").

2.    In response to Paragraph 2 of the Third-Party Complaint, Scripps Health denies liability for any and all causes of action NaphCare is asserting against it.

3.    In response to Paragraph 3 of the Third-Party Complaint, Scripps Health lacks knowledge and information sufficient to form a belief about these allegations.

4.    In response to Paragraph 4 of the Third-Party Complaint, Scripps Health admits that NaphCare is named as a defendant in the underlying action. Scripps Health denies that it caused any of Decedent's and Plaintiffs' alleged injuries and damages.  Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

5.    In response to Paragraph 5 of the Third-Party Complaint, Scripps Health denies liability for any and all causes of action NaphCare is asserting against it.  Scripps Health denies it created a foreseeable risk of injury to, or otherwise injured, Decedent.  Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

6.    In response to Paragraph 6 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief about the allegations in this Paragraph.

1

**JURISDICTION AND VENUE**

2      7.      In response to Paragraph 7 of the Third-Party Complaint, Scripps

3  Health admits this Court has original jurisdiction of the underlying action. However,

4  Scripps Health lacks information and knowledge sufficient to form a belief about the

5  specific facts, allegations, and claims that form the basis of the underlying action.

6      8.      In response to Paragraph 8 of the Third-Party Complaint, Scripps

7  Health admits this Court has supplemental jurisdiction over the claims asserted

8  against it in the Third-Party Complaint.  Scripps Health lacks information and

9  knowledge sufficient to form a belief as to the remaining allegations in this

10  Paragraph.

11      9.      In response to Paragraph 9 of the Third-Party Complaint, Scripps

12  Health admits venue is proper in this Court.  Scripps Health lacks information and

13  knowledge sufficient to form a belief as to the remaining allegations in this

14  Paragraph.

15

**PARTIES**

16      10.      In response to Paragraph 10 of the Third-Party Complaint, Scripps

17  Health lacks information and knowledge sufficient to form a belief as to the

18  allegations in this Paragraph.

19      11.      In response to Paragraph 11 of the Third-Party Complaint, Scripps

20  Health admits that NaphCare is named as a defendant in the underlying action.

21      12.      In response to Paragraph 12 of the Third-Party Complaint, Scripps

22  Health lacks information and knowledge sufficient to form a belief as to the

23  allegations in this Paragraph.

24      13.      In response to Paragraph 13 of the Third-Party Complaint, Scripps

25  Health admits the allegations in this Paragraph with the following qualifications.

26  Scripps Health is a non-profit public benefit corporation that owns and operates

27  health care facilities, including but not limited to, licensed hospitals with emergency

28

departments such as Scripps Mercy Hospital Chula Vista and Scripps Mercy Hospital San Diego.

14.    In response to Paragraph 14 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

15.    In response to Paragraph 15 of the Third-Party Complaint, Scripps Health denies that it was the agent, servant, employee, partner, joint venturer, co-conspirator, or alter ego of the other Third-Party Defendants in this action or any of the Defendants in the underlying action.  Because no such alleged relationship existed between Scripps Health and the other Third-Party Defendants in this action or any of the Defendants in the underlying action, Scripps Health thus denies that any of its alleged acts or omissions – and any of the alleged acts or omissions of the other Third-Party Defendants in this action or any of the Defendants in the underlying action – were done within the scope of any such alleged relationship. Furthermore, Scripps Health denies that any of its alleged acts or omissions were committed with the permission or consent of the other Third-Party Defendants in this action or any of the Defendants in the underlying action.  Similarly, Scripps Health denies that it gave permission or consent for any of the alleged acts or omissions of the other Third-Party Defendants in this action or any of the Defendants in the underlying action.  Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

## **FACTUAL ALLEGATIONS**

16.    In response to Paragraph 16 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

17.    In response to Paragraph 17 of the Third-Party Complaint, Scripps

Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

18.    In response to Paragraph 18 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

19.    In response to Paragraph 19 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

20.    In response to Paragraph 20 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

21.    In response to Paragraph 21 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

22.    In response to Paragraph 22 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

23.    In response to Paragraph 23 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

24.    In response to Paragraph 24 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

25.    In response to Paragraph 25 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

26.    In response to Paragraph 26 of the Third-Party Complaint, Scripps

1    Health lacks information and knowledge sufficient to form a belief as to the
2    allegations in this Paragraph.

3        27.    In response to Paragraph 27 of the Third-Party Complaint, Scripps
4    Health lacks information and knowledge sufficient to form a belief as to the
5    allegations in this Paragraph.

6        28.    In response to Paragraph 28 of the Third-Party Complaint, Scripps
7    Health lacks information and knowledge sufficient to form a belief as to the
8    allegations in this Paragraph.

9        29.    In response to Paragraph 29 of the Third-Party Complaint, Scripps
10   Health lacks information and knowledge sufficient to form a belief as to the
11   allegations in this Paragraph.

12       30.    In response to Paragraph 30 of the Third-Party Complaint, Scripps
13   Health lacks information and knowledge sufficient to form a belief as to the
14   allegations in this Paragraph.

15       31.    In response to Paragraph 31 of the Third-Party Complaint, Scripps
16   Health lacks information and knowledge sufficient to form a belief as to the
17   allegations in this Paragraph.

18       32.    In response to Paragraph 32 of the Third-Party Complaint, Scripps
19   Health lacks information and knowledge sufficient to form a belief as to the
20   allegations in this Paragraph.

21       33.    In response to Paragraph 33 of the Third-Party Complaint, Scripps
22   Health lacks information and knowledge sufficient to form a belief as to the
23   allegations in this Paragraph.

24       34.    In response to Paragraph 34 of the Third-Party Complaint, Scripps
25   Health lacks information and knowledge sufficient to form a belief as to the
26   allegations in this Paragraph.

27       35.    In response to Paragraph 35 of the Third-Party Complaint, Scripps
28

1    Health lacks information and knowledge sufficient to form a belief as to the

2    allegations in this Paragraph.

3          36.    In response to Paragraph 36 of the Third-Party Complaint, Scripps

4    Health lacks information and knowledge sufficient to form a belief as to the

5    allegations in this Paragraph.

6          37.    In response to Paragraph 37 of the Third-Party Complaint, Scripps

7    Health denies any and all allegations of wrongdoing against Scripps Health and its

8    employees.  Scripps Health lacks information and knowledge sufficient to form a

9    belief as to the remaining allegations in this Paragraph.

10          38.    In response to Paragraph 38 of the Third-Party Complaint, Scripps

11    Health lacks information and knowledge sufficient to form a belief as to the

12    allegations in this Paragraph.

13          39.    In response to Paragraph 39 of the Third-Party Complaint, Scripps

14    Health lacks information and knowledge sufficient to form a belief as to the

15    allegations in this Paragraph.

16          40.    In response to Paragraph 40 of the Third-Party Complaint, Scripps

17    Health lacks information and knowledge sufficient to form a belief as to the

18    allegations in this Paragraph.

19          41.    In response to Paragraph 41 of the Third-Party Complaint, Scripps

20    Health lacks information and knowledge sufficient to form a belief as to the

21    allegations in this Paragraph.

22          42.    In response to Paragraph 42 of the Third-Party Complaint, Scripps

23    Health lacks information and knowledge sufficient to form a belief as to the

24    allegations in this Paragraph.

25          43.    In response to Paragraph 43 of the Third-Party Complaint, Scripps

26    Health lacks information and knowledge sufficient to form a belief as to the

27    allegations in this Paragraph.

28          44.    In response to Paragraph 44 of the Third-Party Complaint, Scripps

Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

45.    In response to Paragraph 45 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

46.    In response to Paragraph 46 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

47.    In response to Paragraph 47 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

48.    In response to Paragraph 48 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

49.    In response to Paragraph 49 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

50.    In response to Paragraph 50 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

51.    In response to Paragraph 51 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

52.    In response to Paragraph 52 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

53.    In response to Paragraph 53 of the Third-Party Complaint, Scripps

1  Health lacks information and knowledge sufficient to form a belief as to the

2  allegations in this Paragraph.

3      54.    In response to Paragraph 54 of the Third-Party Complaint, Scripps

4  Health lacks information and knowledge sufficient to form a belief as to the

5  allegations in this Paragraph.

6  ## FIRST CAUSE OF ACTION

7  *(Equitable Indemnity – Against All Third-Party Defendants)*

8      55.    Paragraph 55 does not contain any allegations and thus no response is

9  required.

10      56.    In response to Paragraph 56 of the Third-Party Complaint, Scripps

11  Health admits that it owed Decedent a duty of care to the extent Decedent was a

12  patient in Scripps Health's Emergency Departments in September 2023.  However,

13  Scripps Health lacks information and knowledge sufficient to form a belief as to the

14  remaining allegations in this Paragraph.

15      57.    In response to Paragraph 57 of the Third-Party Complaint and its Sub-

16  Paragraphs, Scripps Health denies each of the allegations NaphCare has made

17  against it in this Paragraph and in Sub-Paragraphs 57(a) through 57(i).  Scripps

18  Health denies that it breached any duty it owed to Decedent, and Scripps Health

19  denies that it caused or contributed to any of Decedent's injuries or Plaintiffs'

20  injuries.  Scripps Health lacks information and knowledge sufficient to form a belief

21  as to the remaining allegations in this Paragraph and Sub-Paragraphs.

22      58.    In response to Paragraph 58 of the Third-Party Complaint, Scripps

23  Health denies that any of its alleged acts or omissions were a substantial factor in

24  causing or contributing to Decedent's or Plaintiffs' alleged injuries.  Scripps Health

25  lacks information and knowledge sufficient to form a belief as to the remaining

26  allegations in this Paragraph.

27      59.    In response to Paragraph 59 of the Third-Party Complaint and its Sub-

28

Paragraphs, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

60.    In response to Paragraph 60 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

61.    In response to Paragraph 61 of the Third-Party Complaint, Scripps Health denies that any of its alleged acts or omissions proximately caused or contributed to Decedent's or Plaintiffs' alleged injuries or damages.  Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

62.    In response to Paragraph 62 of the Third-Party Complaint, Scripps Health denies that NaphCare is entitled to indemnity from Scripps Health.  Scripps Health further denies that any comparative fault should be apportioned to Scripps Health for Decedent's or Plaintiffs' alleged injuries or damages.  Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

63.    In response to Paragraph 63 of the Third-Party Complaint, Scripps Health denies that NaphCare is entitled to indemnity from Scripps Health.  Scripps Health further denies that any comparative fault should be apportioned to Scripps Health for Decedent's or Plaintiffs' alleged injuries or damages.  Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

## SECOND CAUSE OF ACTION

### *(Contribution – Against All Third-Party Defendants)*

64.    Paragraph 64 does not contain any allegations and thus no response is required.

65.    In response to Paragraph 65 of the Third-Party Complaint, Scripps Health denies that it is jointly and severally liable to Decedent or Plaintiffs for their

alleged injuries and damages. Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

66.    In response to Paragraph 66 of the Third-Party Complaint and its Sub-Paragraphs, Scripps Health denies each of the allegations NaphCare has made against it in this Paragraph and in Sub-Paragraphs 66(a) through 66(i). Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph and Sub-Paragraphs.

67.    In response to Paragraph 67 of the Third-Party Complaint, Scripps Health denies that any of its alleged acts or omissions were a substantial factor in causing or contributing to Decedent's or Plaintiffs' alleged injuries. Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

68.    In response to Paragraph 68 of the Third-Party Complaint and its Sub-Paragraphs, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

69.    In response to Paragraph 69 of the Third-Party Complaint, Scripps Health denies that any of its alleged acts or omissions were a substantial factor in causing or contributing to Decedent's or Plaintiffs' alleged injuries. Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

70.    In response to Paragraph 70 of the Third-Party Complaint, Scripps Health denies that NaphCare is entitled to recover contribution from Scripps Health. Scripps Health further denies that any comparative fault should be apportioned to Scripps Health for Decedent's or Plaintiffs' alleged injuries or damages. Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

71.    In response to Paragraph 71 of the Third-Party Complaint, Scripps Health denies that NaphCare is entitled to recover contribution from Scripps Health.

Scripps Health further denies that any comparative fault should be apportioned to Scripps Health for Decedent's or Plaintiffs' alleged injuries or damages. Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

### THIRD CAUSE OF ACTION

*(Professional Negligence – Against All Third-Party Defendants)*

72.    Paragraph 72 does not contain any allegations and thus no response is required.

73.    In response to Paragraph 73 of the Third-Party Complaint, Scripps Health denies that Scripps Health is a licensed healthcare provider engaged in the evaluation, diagnosis, and treatment of patients. Scripps Health is a non-profit public benefit corporation that owns and operates health care facilities, including but not limited to, licensed hospitals such as Scripps Mercy Hospital Chula Vista and Scripps Mercy Hospital San Diego. Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

74.    In response to Paragraph 74 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

75.    In response to Paragraph 75 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

76.    In response to Paragraph 76 of the Third-Party Complaint, Scripps Health denies any and all allegations of professional negligence made against it in this Paragraph. Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

77.    In response to Paragraph 77 of the Third-Party Complaint and its Sub-Paragraphs, Scripps Health denies any and all allegations of professional negligence

made against it in this Paragraph and in Sub-Paragraphs 77(a) through 77(i). Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph and its Sub-Paragraphs.

78.    In response to Paragraph 78 of the Third-Party Complaint, Scripps Health denies any and all allegations of professional negligence made against it in this Paragraph. Scripps Health further denies that its alleged acts or omissions were a substantial factor in causing Decedent's or Plaintiffs' alleged injuries.  Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

79.    In response to Paragraph 79 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

80.    In response to Paragraph 80 of the Third-Party Complaint and its Sub-Paragraphs, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

81.    In response to Paragraph 81 of the Third-Party Complaint, Scripps Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

82.    In response to Paragraph 82 of the Third-Party Complaint, Scripps Health denies that its alleged acts or omissions fell below the standard of care or constituted professional negligence.  Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

83.    In response to Paragraph 83 of the Third-Party Complaint, Scripps Health denies that its alleged acts or omissions fell below the standard of care or constituted professional negligence.  Scripps Health further denies that Decedent or Plaintiffs sustained injury or damages as a direct or proximate result of Scripps Health's alleged negligent acts or omissions.  Scripps Health lacks information and

1  knowledge sufficient to form a belief as to the remaining allegations in this
2  Paragraph.

3        84.    In response to Paragraph 84 of the Third-Party Complaint, Scripps
4  Health denies that its alleged acts or omissions fell below the standard of care or
5  constituted professional negligence.  Scripps Health further denies that Decedent or
6  Plaintiffs sustained injury or damages as a direct or proximate result of Scripps
7  Health's alleged negligent acts or omissions.  Additionally, Scripps Health denies
8  that NaphCare is entitled to indemnity or contribution from Scripps Health.  Scripps
9  Health also denies that any comparative fault should be apportioned to Scripps
10 Health for Decedent's or Plaintiffs' alleged injuries or damages.  Scripps Health
11 lacks information and knowledge sufficient to form a belief as to the remaining
12 allegations in this Paragraph.

13           **<u>FOURTH CAUSE OF ACTION</u>**

14           ***(Contractual Indemnification – Against CHP)***

15       85.    Paragraph 85 contains no allegations and does not require a response.

16       86.    In response to Paragraph 86 of the Third-Party Complaint, Scripps
17 Health lacks information and knowledge sufficient to form a belief as to the
18 allegations in this Paragraph.

19       87.    In response to Paragraph 87 of the Third-Party Complaint and its Sub-
20 Paragraphs, Scripps Health lacks information and knowledge sufficient to form a
21 belief as to the allegations in this Paragraph.

22       88.    In response to Paragraph 88 of the Third-Party Complaint, Scripps
23 Health lacks information and knowledge sufficient to form a belief as to the
24 allegations in this Paragraph.

25       89.    In response to Paragraph 89 of the Third-Party Complaint, Scripps
26 Health lacks information and knowledge sufficient to form a belief as to the
27 allegations in this Paragraph.

28       90.    In response to Paragraph 90 of the Third-Party Complaint, Scripps

Health lacks information and knowledge sufficient to form a belief as to the allegations in this Paragraph.

**FIFTH CAUSE OF ACTION**

***(Declaratory Relief – Against All Third-Party Defendants)***

91.    Paragraph 91 contains no allegations and does not require a response.

92.    In response to Paragraph 92 of the Third-Party Complaint, Scripps Health denies that it has any duties or liabilities for any damages alleged by Plaintiffs in the underlying action.  Scripps Health further denies that it owes any duties or liabilities to NaphCare and denies that NaphCare has any rights with respect to Scripps Health.  Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

93.    In response to Paragraph 93 of the Third-Party Complaint, Scripps Health denies that its alleged acts or omissions caused any of Decedent's or Plaintiffs' alleged injuries or damages.  Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

94.    In response to Paragraph 94 of the Third-Party Complaint, Scripps Health denies that its alleged acts or omissions were substantial factors in causing any of Decedent's or Plaintiffs' alleged injuries or damages.  Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

95.    In response to Paragraph 95 of the Third-Party Complaint, Scripps Health admits that it denies NaphCare's alleged causes of action against it and admits that it denies any responsibility for Decedent's and Plaintiffs' alleged injuries and damages.  Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

96.    In response to Paragraph 96 of the Third-Party Complaint and its Sub-Paragraphs, Scripps Health admits that it owed Decedent a duty of care to the extent

Decedent was a patient of Scripps Health.  Scripps Health denies that it breached any duty of care owed to Decedent.  Scripps Health denies that it owed or breached a duty of care to Plaintiffs.  Scripps Health denies that its alleged acts or omissions were a proximate cause of Decedent's and Plaintiffs' alleged injuries and damages.  Scripps Health denies that any portion of liability should be allocated to Scripps Health.  Scripps Health lacks information and knowledge sufficient to form a belief as to the remaining allegations in this Paragraph.

97.    In response to Paragraph 97 of the Third-Party Complaint, Scripps Health denies that it owes any rights or duties to NaphCare.  Scripps Health further denies that any responsibility for Decedent's and Plaintiffs' alleged injuries and damages should be apportioned to Scripps Health.

## **PRAYER FOR RELIEF**

In response to NaphCare's Prayer for Relief, Scripps Health denies that NaphCare is entitled to any of the relief it seeks against Scripps Health.

## **AFFIRMATIVE DEFENSES**

Scripps Health pleads the following separate defenses.  Scripps Health reserves the right to assert additional affirmative defenses that discovery indicates are proper.

## **FIRST AFFIRMATIVE DEFENSE**

AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint, and to each and every cause of action thereof, the Third-Party Complaint fails to state facts sufficient to constitute a cause of action against Scripps Health.

## **SECOND AFFIRMATIVE DEFENSE**

AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint, and to each and every cause of action thereof, the incidents mentioned in the Third-Party Complaint, and whatever damages or injuries were allegedly sustained by Decedent, Plaintiffs, and/or NaphCare by reason thereof, were directly contributed to and proximately caused by the negligence of other persons, entities, or otherwise

1  in that, at the time of said incidents and prior thereto, said persons, entities, or

2  otherwise failed to exercise due care or any care or caution for Decedent, Plaintiffs,

3  NaphCare, or any other person's safety or protection, but, rather, conducted

4  themselves in such a careless, reckless, and negligent manner so as to proximately

5  cause said incidents and any and all damages and injuries allegedly sustained by

6  reason thereof.

### THIRD AFFIRMATIVE DEFENSE

8      AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint,

9  and to each and every cause of action thereof, in the event Scripps Health is found to

10  be negligent (which supposition is denied and merely stated for the purpose of this

11  affirmative defense), Scripps Health may elect to introduce evidence of any amounts

12  paid or payable, if any, as a benefit to Decedent's estate and/or Plaintiffs, pursuant

13  to California Civil Code section 3333.1.

### FOURTH AFFIRMATIVE DEFENSE

15      AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint,

16  and to each and every cause of action thereof, in the event Scripps Health is found to

17  be negligent (which supposition is denied and merely stated for the purpose of this

18  affirmative defense), the damages for noneconomic losses shall not exceed the

19  amount specified in California Civil Code section 3333.2.

### FIFTH AFFIRMATIVE DEFENSE

21      AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint,

22  and to each and every cause of action thereof, in the event Scripps Health is found to

23  be negligent (which supposition is denied and merely stated for the purpose of this

24  affirmative defense), and the judgment entered is in excess of $250,000.00, the

25  Court should order that said judgment be made in periodic payments, rather than a

26  lump-sum payment, pursuant to California Code of Civil Procedure section 667.7.

### SIXTH AFFIRMATIVE DEFENSE

28      AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint,

and to each and every cause of action thereof, liability for the amount of noneconomic damages, if any, may only be allocated to Scripps Health in direct proportion to the applicable percentage of fault, if any, according to the Fair Responsibility Act of 1986, California Civil Code sections 1431, 1431.1, and 1431.2.

### SEVENTH AFFIRMATIVE DEFENSE

AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint, and to each and every cause of action thereof, Plaintiffs' actions and NaphCare's actions are barred by the applicable statutes of limitations, including California Code of Civil Procedure sections 340.5 and 335.1.

### EIGHTH AFFIRMATIVE DEFENSE

AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint, and to each and every cause of action thereof, Plaintiffs' actions and NaphCare's actions are barred by the provisions of California Code of Civil Code section 364.

### NINTH AFFIRMATIVE DEFENSE

AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint, and to each and every cause of action thereof, Plaintiffs' actions and NaphCare's actions are barred by the provisions of California Civil Code section 1714.8.

### TENTH AFFIRMATIVE DEFENSE

AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint, and to each and every cause of action thereof, Decedent's, Plaintiffs', and/or NaphCare's injuries, if any, were a proximate result of Decedent's, Plaintiffs', and/or NaphCare's own carelessness and negligent conduct and that said damages, if any, should be reduced or diminished by the amount of said negligence or carelessness.

### ELEVENTH AFFIRMATIVE DEFENSE

AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint, and to each and every cause of action thereof, Plaintiffs and/or NaphCare failed to

1  reasonably mitigate their damages, if any.

2  ### TWELFTH AFFIRMATIVE DEFENSE

3  AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint,

4  and to each and every cause of action thereof, Scripps Health intends to assert all

5  provisions of the Medical Injury Compensation Reform Act.

6  ### THIRTEENTH AFFIRMATIVE DEFENSE

7  AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint,

8  and to each and every cause of action thereof, Plaintiffs and NaphCare are barred

9  from recovery as a result of Decedent's consent to and approval all of the acts and

10  omissions about which Plaintiffs and/or NaphCare now complain.

11  ### FOURTEENTH AFFIRMATIVE DEFENSE

12  AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint,

13  and to each and every cause of action thereof, Plaintiffs' actions and NaphCare's

14  actions are barred by reason of the Emergency Doctrine.  While acting without

15  negligence, Scripps Health was confronted with the presence of imminent danger

16  and adopted a course of action that any reasonable and prudent provider in similar

17  circumstances might have taken.  Accordingly, Plaintiffs and NaphCare are barred

18  from pursuing this cause of action pursuant to the provisions of California Business

19  and Professions Code sections 2395, 2395.5, 2396, and 2397, and California Health

20  and Safety Code section 1317.

21  ### FIFTEENTH AFFIRMATIVE DEFENSE

22  AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint,

23  and to each and every cause of action thereof, Plaintiffs' actions and NaphCare's

24  actions are barred by the doctrine of the assumption of the risk.

25  ### SIXTEENTH AFFIRMATIVE DEFENSE

26  AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint,

27  and to each and every cause of action thereof, Plaintiff's actions and NaphCare's

28  actions are limited by California Code of Civil Procedure section 425.13.

1

## SEVENTEENTH AFFIRMATIVE DEFENSE

2     AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint,

3   Scripps Health alleges that Plaintiffs' actions and NaphCare's actions are barred by

4   reason of conduct, actions, and inactions of Plaintiffs, Decedent, and/or NaphCare

5   which amount to and constitute a waiver of any rights Plaintiffs or NaphCare may or

6   might have had in reference to the matters and things alleged in the First Amended

7   Complaint or the Third-Party Complaint, or that otherwise estop Plaintiffs and/or

8   NaphCare recovery in this action, including not limited to the doctrine of unclean

9   hands.

10

## EIGHTEENTH AFFIRMATIVE DEFENSE

11    AS A SEPARATE AFFIRMATIVE DEFENSE to the Third-Party Complaint

12  on file herein, and to each and every cause of action thereof, Scripps Health is

13  informed and believes, and on that basis alleges, that they presently have insufficient

14  knowledge or information as to whether they may have additional, and as yet

15  unstated, affirmative defenses available.  Scripps Health reserves the right to assert

16  additional affirmative defenses in the event discovery indicates that such defenses

17  are appropriate.

18

## DEMAND FOR JURY TRIAL

19    Scripps Health hereby demands and requests a trial by jury in this matter.

20

## SCRIPPS HEALTH'S PRAYER FOR RELIEF

21    WHEREFORE, Scripps Health prays for relief as follows:

22    1.    That the Third-Party Complaint be dismissed, with prejudice and in its

23  entirety;

24    2.    That NaphCare take nothing by reason of this Third-Party Complaint

25  and that judgment be entered against NaphCare and in favor of Scripps Health;

26    3.    That Scripps Health be awarded its costs incurred in defending this

27  action;

28

1        4.    That Scripps Health be granted such other and further relief as the

2    Court may deem just and proper.

3    Dated:  October 6, 2025          HIGGS FLETCHER & MACK LLP

4

5              By:       s/ William M. Low

6                    WILLIAM M. LOW

7                    NICHOLAS R. SCHECHTER

                Attorneys for SCRIPPS HEALTH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28